Action by Frances G. Sweet against Katharine M. Corbit, Caroline O. Fuller, individually and as executrix, and Almena Fuller. No opinion. Judgment modified, by striking out the extra allowance, and, as thus modified, affirmed, without costs. See Donovan v. Wheeler, 67 Hun, 70, 22 N. Y. Supp. 54.

SWEETS STEEL CO., Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by the Sweets Steel Company against Thomas M. Farley. No opinion. Order affirmed, with $10 costs and disbursements on one appeal.

SYPHERT et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by William Syphert and others against the state of New York.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion in Denton v. State (decided this term) 76 N. Y. Supp. 167.

FURSMAN, J., concurs in result.

TERRY, Respondent, v. GRANGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Charles T. Terry against Henry F. Granger. No opinion. Judgment affirmed, with costs.

THIRD NAT. BANK OF SYRACUSE, Respondent, v. KEEFFE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by the Third National Bank of Syracuse against Arthur J. Keeffe, impleaded, etc. No opinion. Motion granted, unless the appellant, within 30 days, makes, files, and serves his case and printed papers on appeal, and pays $10 costs of this motion, in which event the motion is denied.

THOMPSON, Respondent, v. RICHARDSON, Appellant, et al. (two cases). (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Actions by Pontus I. Thompson against Emma A. Richardson, impleaded, etc. No opinion. Motion granted in each case, with $10 costs in each case, unless the appellant perfects her appeal, so as to be prepared to argue the appeals on the 28th inst., and on the payment of $10 costs in each case by the appellant.

THOMPSON, Respondent, v. RICHARDSON et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Actions by Pontus I. Thompson against Emma A. Richardson and others. No opinion. Orders affirmed on argument, with $10 costs and disbursements.

THOMPSON, Appellant, v. THOMAS, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Carmi A. Thompson, as administrator, against Samuel Thomas. J. J. Crawford, for appellant. H. Siegrist, Jr., for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of Morse v. Publishing Co. (decided April 25, 1902) 75 N. Y. Supp. 976.

TILLEY et al. v. COYKENDALL. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by James Tilley and another against Samuel D. Coykendall. No opinion. Motion for leave to go to the court of appeals granted.

In re TOMPKINS. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) In the matter of proving the last will and testament of Jotham S. Tompkins, deceased. No opinion. Motion denied, without costs.

TOOLAN v. COLFAX et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Patrick H. Toolan against Albert E. Colfax and another. No opinion. Motion granted, with $10 costs.

TOPLITZ, Respondent, v. LEVERING et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by George Toplitz against William Levering and another. No opinion. Order affirmed, with $10 costs and disbursements. See 75 N. Y. Supp. 678.

TOPLITZ v. LEVERING et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by George Toplitz against William M. Levering and another. No opinion. Motion denied.

TRIBUNE ASS'N v. EISNER & MENDELSON CO. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by the Tribune Association against the Eisner & Mendelson Company. No opinion. Motion denied, with $10 costs.

TUFT, Appellant, v. BOHNEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Elizabeth Tuft against Frederick W. Bohney. No opinion. Judgment unanimously affirmed, with costs.

ULSTER & D. BLUE STONE CO., Plaintiff, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by the Ul-